UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| Shelby J. Taylor, | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-201-PLR-CCS |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|    *Defendant*. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). [R. 14]. The defendant responded indicating no opposition to the plaintiff's motion. [R. 15]. Accordingly, the plaintiff's motion is **GRANTED**, and the plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**